AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of COLUMBIA

**FILED**
NOV 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TOMMIE ANDERSON
Plaintiff

V.

DOJ

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 05 2294

I, __Tommie Anderson__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __USP POLLOCK, P.O. BOX 2099, POLLOCK, LA.__

   Are you employed at the institution? __YES__   Do you receive any payment from the institution? __YES__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☒ Yes   ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.) **MONTHLY, 50 TO 69 DOLLARS PER MONTH. ADDRESS OF EMPLOYER, B. OF PRISONS, USP POLLOCK, 1000 AIRBASE ROAD, POLLOCK, LA. 91467**

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends            ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes   ☒ No
   d. Disability or workers compensation payments     ☐ Yes   ☒ No
   e. Gifts or inheritances                           ☐ Yes   ☒ No
   f. Any other sources                               ☒ Yes   ☐ No

   RECEIVED NOV 14 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.
   **FAMILY MEMBERS, SEND MONEY FOR STAMPS, PHONE CALLS, AND HYGIENE PRODUCTS, AND EMERGENCY FOODS. (VEGETARIAN).**

2

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☒ Yes    ☐ No

   If "Yes," describe the property and state its value.
   FIVE ACRES OF COUNTRY LAND, WITH A TRAILER HOUSE AND OTHER BUILDINGS WHERE SIBLINGS LIVE, THE PROPERTY IS HEIR PROPERTY, BUT IS LISTED IN THE NAME OF TOMMIE ANDERSON. $65,000 APPRAISAL AMOUNT BY THE PARISH OF TANGIPAHOA.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   I HAVE FOUR CHILDREN AND A GRAND CHILD AT HOME, BUT I CONTRIBUTE NOTHING FOR THE PAST TEN AND A HALF YEARS TO THEM OR ANYONE ELSE, CONTRIBUTIONS FROM PRISON EMPLOYMENT IS NOT APPLICABLE AT THIS TIME.
   JOHNNEKE, 19 YEARS OF AGE    SON
   AYLA        15    "    "    DAUGHTER
   QUENTON     13    "    "    SON
   AASENIO     12    "    "    SON
   JA'MARCUS   10    "    "    GRAND SON

I declare under penalty of perjury that the above information is true and correct, *to the best of my knowledge.*

_11-10-05_    _Tommi Anderson_
Date          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____ <br> United States Judge    Date | _____  _____ <br> United States Judge    Date |