IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TOMMIE ANDERSON,**<br>Red. #24492-034<br>USP Pollock<br>Post Office Box 2099<br>Pollock, Louisiana 71467-2099<br><br>                **Plaintiff,**<br><br>   v.<br><br>**UNITED STATES DEPARTMENT OF JUSTICE**<br>**Drug Enforcement Administration**<br>**New Orleans Field Division**<br>**3838 North Causeway Blvd.**<br>**Three Lakeway center, Suite 1800**<br>**Metaitire, Louisiana 70002**<br><br>                **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-2294<br>(PLF) |

**NOTICE OF APPEARANCE**

Defendant respectfully requests that the Clerk of the Court enter the appearance of Assistant United States Attorney Lisa S. Goldfluss as counsel for defendant in the above-captioned case.

                                                        Respectfully submitted,

                                                        LISA S. GOLDFLUSS, D.C. Bar #417787
                                                        Assistant United States Attorney
                                                        Judiciary Center Building
                                                        555 4th Street, N.W., Civil Division
                                                        Washington, D.C. 20530
                                                        (202) 514-7198

**CERTIFICATE OF SERVICE**

      I hereby certify that on this ____ day of _____, 2005, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

**TOMMIE ANDERSON**
**Reg. #24492-034**
**USP Pollock**
**Post Office Box 2099**
**Pollock, Louisiana 71467-2099**


                                          _____
                                          LISA S. GOLDFLUSS, D.C. Bar #417787
                                          Assistant United States Attorney
                                          Judiciary Center Building
                                          555 4th Street, N.W., Civil Division
                                          Washington, D.C. 20530
                                          (202) 514-7198