IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TOMMIE ANDERSON,**<br>Red. #24492-034<br>USP Pollock<br>　　　　　　　Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF JUSTICE**<br>**Drug Enforcement Administration**<br>**New Orleans Field Division**<br>　　　　　　　Defendant. | Civil Action No. 05-2294<br>(PLF) |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant, by undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby respectfully moves for an enlargement of time of 30 days, up to and including February 2, 2006, in which to move, answer or otherwise respond to the Complaint in this action. Defendant's response to the Complaint would otherwise be due on January 3, 2006. As grounds for this motion, defendant states as follows:

This case arises under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") and pertains to the processing of plaintiff *pro se*'s FOIA requests by the Drug Enforcement Administration ("DEA"). Plaintiff, who is incarcerated at a federal correctional institution, is seeking records from the federal government covering a broad array of subjects. Due to an inadvertent error by support staff overseeing the distribution of assigned cases in the Civil Division at the United States Attorney's Office, the last undersigned Assistant United States Attorney only recently received notice that she was assigned to the case. Because of this delay

in notification, the DEA has not yet had the opportunity to fully investigate this matter and report back to the undersigned on the merits of the Complaint.

The undersigned has had long-established plans to be on leave during the week between Christmas and New Years, and will be returning during the first week in January to one week of "TRO duty," during which time she will be responsible for representing the United States in connection with petitions for emergency injunctive relief filed against the United States in this judicial district.  In addition, over the upcoming thirty-day period, the undersigned will be filing several dispositive motions in other cases, has several scheduled hearings that will require significant preparation, and will remain involved in an expedited discovery schedule with respect to a large, aggressively-litigated law suit that has been pending for almost six years.   In order to provide sufficient time to prepare defendant's response to the Complaint, defendant respectfully requests that the enlargement sought be granted.

Defendant has not conferred with plaintiff *pro se* regarding this matter because plaintiff *pro se* is incarcerated.[1]  An order granting the relief sought is attached hereto.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 4th Street, N.W.,  Tenth Fl.
Washington, D.C.  20530
(202) 514-7198
 Counsel for Defendant

---

[1]  Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel."  It does not require counsel to discuss those motions with *pro se* parties.  Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements.  Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference.  LcvR 16.3(a).

## CERTIFICATE OF SERVICE

  I hereby certify that on this ____ day of _____, 2005, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

**TOMMIE ANDERSON**
**Reg. #24492-034**
**USP Pollock**
**Post Office Box 2099**
**Pollock, Louisiana 71467-2099**

              _____
              LISA S. GOLDFLUSS, D.C. Bar #417787
              Assistant United States Attorney
              Judiciary Center Building
              555 4th Street, N.W., Civil Division
              Washington, D.C. 20530
              (202) 514-7198