UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMIE ANDERSON,<br>Red. #24492-034<br>USP Pollock<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br>Drug Enforcement Administration<br>New Orleans Field Division<br>    Defendant. | Civil Action No. 05-2294<br>(PLF) |

## ORDER

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time, any opposition thereto, and the merits thereof, it is

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall file its answer or other response to the Complaint on or before February 2, 2006.


Date_____                              _____
                                         UNITED STATES DISTRICT JUDGE