

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Tommie Anderson,
        Plaintiff,                      Civil Action No. 05-2294
                                              (PLF)

v.

UNITED STATES DEPARTMENT OF JUSTICE          January 05, 2006
DRUG ENFORCEMENT ADMINISTRATION
NEW ORLEANS FIELD DIVISION,
        Defendant.

## CLARIFICATION MOTION OF REQUESTED
## INFORMATION VIA F O I A

    ANDERSON, Plaintiff, request that this court allow the clarification of the following information in regards to the statistics requested from the Defendants and to add items within the same protective cover the DEA has placed on statistical information concerning the **Standard State & Local Task Force Agreement (Agreement)**, its cost in human freedom and monetary funds abuses, so it appear, by field agents and handlers by administrators of the DEA from the New Orleands Division to the Sheriff Department of Tangipahoa Parish in the year of the **Agreement** particularly.

    The information desiring to be clarified or;

1. The amount of money spent by individual agents and as a unit under the **Agreements'** life spand, as it partains to the Task Force(s) working under or supposely, under the **Agreement** of 1994 to 1995.
2. Statistical information regarding the people investigated, arrested, charged, tried, plead or found guilty from the actions of the agents working under the **Agreement**. This information should include race, ethnicity, age,

        type of drug crime, sentence imposed, where the crime was prosecuted—State or Federal, where the defendant was arrested—and by who, federal or state, etc, etc,

3. Who is the responsible party as to the compilation and recordation of statistical information regarding the **Standard State & Local Task Force Agreement** agents' action and utilization of federal and state funds? (Tax payers' money).
4. Did the sheirff of Tangipahoa Parish, whom signed the **Agreement** have a responsibility to compile the Statistical information Anderson is requesting?
5. Did the federal government have a responsibility to compile and record the statistics, Plaintiff is requesting, for public records as well as accountabilty for funds spent and discriminatory practices?
6. The racial, ethnic and gender make-up of the Task Force(s) working under the **Agreement**;
   a) how many males?
   b) how many females ?
   c) how many were minorities?
   d) how many were Black or Hispanic?
   e) how many were white/caucasion males?
   f) how many were Black males?
   g) how many were Black Females?
   h) how many were White females?
7. Were the agents required by laws of the state or laws of the federal government to adhere to the **Standard State & Local Task Force Agreement**, if they were admitted into the Task Force under the **Agreement** by oath or declaration as the **Agreement** proclaims must be done? or both?

    If the court grant this requessted addition and clarification, Anderson would appreciate that it be added as part of the main complaint and requests for the Defendants to respond to, as ordered by this court on, 12/27/05, for defendants to filed their dispositive motion on 02/02/06.

    In the future, Plaintiff would very much appreciate an opportunity to object to any additional enlargement or extention of time filed by defendants. To this extent, Anderson will not object to any requests for extention/enlargement of time requested by the defendants up until April 3, 2006. Anderson objects to any additional time beyond April 3, 2006, and this objection shall continue to the conclusion or filings required by the defendants to date.

Respectfully Submitted

January 5, 2005

*[signature: Tommie Anderson]*

Tommie Anderson
Reg. #24492-034
USP P.O. Box 2099
Pollock, La. 71467