UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMIE ANDERSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2294 (PLF) |
| UNITED STATES DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT ADMINISTRATION, | ) |
| Defendant. | ) |

ORDER

It is hereby

ORDERED that plaintiff's "Clarification Motion of Requested Information Via FOIA" [Dkt. #11] is DENIED. The agency is not required to search for records that plaintiff did not seek in his initial Freedom of Information Act request. *See Williams v. Ashcroft*, 30 Fed. Appx. 5, 6 (D.C. Cir. 2002). Nor must an agency conduct a new search based upon a subsequent clarification. *See Kowalczyk v. Dep't of Justice*, 73 F.3d 386, 388 (D.C. Cir. 1996). If plaintiff seeks additional records, he may submit a new FOIA request. *Id.*, 73 F.3d at 389.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

Date: January 27, 2006