UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMIE ANDERSON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 05-2294 |
| ) | (PLF) |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF JUSTICE ) | |
| Drug Enforcement Administration ) | |
| New Orleans Field Division ) | |
| ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION of defendant's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this_____ day of _____, 2006

ORDERED that defendant shall have up to and including March 4, 2006 in which to move, answer or otherwise respond to the Complaint.

_____
UNITED STATES DISTRICT JUDGE