UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMIE ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br>Drug Enforcement Administration<br>New Orleans Field Division<br><br>    Defendant. | Civil Action No. 05-2294<br>(PLF) |

**MOTION FOR ENLARGEMENT OF TIME**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time up to and including April 3, 2006, in which to move, answer or otherwise respond to the Complaint in this action. Defendant's response to the Complaint would otherwise be due on March 6, 2006. As grounds for this motion, defendant states as follows:

This case arises under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") and pertains to the processing of plaintiff *pro se*'s FOIA requests by the Drug Enforcement Administration ("DEA"). Plaintiff, who is incarcerated at a federal correctional institution, is seeking records from the federal government covering a broad array of subjects. The DEA has investigated this matter and has reported that the agency is in the process of finalizing its processing of plaintiff's FOIA request, and expects to complete its response to the request within the next 30 days. The agency's ultimate response to the request will determine the nature of any *Vaughn* index that may need to be prepared in connection with defendant's motion for summary

judgment. For these reasons, and to ensure that the government has sufficient time to prepare the materials to carry its burden in this case, defendant respectfully requests that the enlargement sought be granted.

Defendant has not conferred with plaintiff *pro se* regarding this matter because plaintiff *pro se* is incarcerated.[1] An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

/s/ R. Craig Lawrence
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

/s/
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
555 4th Street, N.W., Tenth Fl.
Washington, D.C. 20530
(202) 514-7198
 Counsel for Defendant

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LcvR 16.3(a).

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

**TOMMIE ANDERSON**
Reg. #24492-034
**USP Pollock**
Post Office Box 2099
Pollock, Louisiana 71467-2099

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney