IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TOMMIE ANDERSON,**<br>**Red. #24492-034**<br>**USP Pollock**<br>**Post Office Box 2099**<br>**Pollock, Louisiana 71467-2099**<br><br>                    Plaintiff,<br><br>     v.<br><br>**UNITED STATES DEPARTMENT OF JUSTICE**<br>**Drug Enforcement Administration**<br>**New Orleans Field Division**<br>**3838 North Causeway Blvd.**<br>**Three Lakeway center, Suite 1800**<br>**Metaitire, Louisiana 70002**<br><br>                    Defendant. | Civil Action No. 05-2294<br>(PLF) |

### SUBSTITUTION OF COUNSEL

Defendant respectfully requests that the Clerk of the Court enter the appearance of

Marian L. Borum, Assistant U.S. Attorney, as counsel of record for the defendant, in the

above-captioned case and withdraw the appearance of Lisa S. Goldfluss, Assistant U.S. Attorney.

Respectfully submitted,

_____
LISA S. GOLDFLUSS, D.C. Bar #417787
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7198

_____
MARIAN L. BORUM, D.C. Bar # 435406
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7561

## CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of _____, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

**TOMMIE ANDERSON**
**Reg. #24492-034**
**USP Pollock**
**Post Office Box 2099**
**Pollock, Louisiana 71467-2099**

 

_____
MARIAN L. BORUM
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-7561