UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMIE ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE<br>Drug Enforcement Administration<br>New Orleans Field Division<br><br>    Defendant. | )<br>)<br>)<br>)  Civil Action No. 05-2294<br>)  (PLF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE
RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time up to and including May 3, 2006, in which to move, answer or otherwise respond to the Complaint in this action. Defendant's response to the Complaint would otherwise be due on April 3, 2006. As grounds for this motion, defendant states as follows:

This case arises under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") and pertains to the processing of plaintiff *pro se*'s FOIA requests by the Drug Enforcement Administration ("DEA"). Plaintiff, who is incarcerated at a federal correctional institution, is seeking records from the federal government covering a broad array of subjects. The DEA has investigated this matter and has reported that the agency is in the process of finalizing its processing of plaintiff's FOIA request.

The undersigned counsel recently transferred to the Civil Division and was assigned this matter on March 16, 2006. Upon being assigned the matter, undersigned counsel contacted

agency counsel. Agency counsel requested additional time to provide the information necessary for a response in this matter. The agency's ultimate response to the request will determine the nature of any *Vaughn* index that may need to be prepared in connection with defendant's motion for summary judgment.

For these reasons, and to ensure that the government has sufficient time to prepare the materials to carry its burden in this case, defendant respectfully requests that the enlargement sought be granted.

Defendant has not conferred with plaintiff *pro se* regarding this matter because plaintiff *pro se* is incarcerated.[1]  An order granting the relief sought is attached hereto.

                                      Respectfully submitted,

                                      _____
                                      KENNETH L. WAINSTEIN, D.C. Bar # 451058
                                      United States Attorney

                                      _____
                                      RUDOLPH CONTRERAS, D.C. Bar # 434122
                                      Assistant United States Attorney

                                      _____
                                      MARIAN L. BORUM, D.C. BAR # 435409
                                      Assistant United States Attorney
                                      555 4th Street, N.W., Rm. 4-4810
                                      Washington, D.C. 20530
                                      (202) 514-6531
                                      Counsel for Defendant

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LcvR 16.3(a).

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of March, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

TOMMIE ANDERSON
Reg. #24492-034
USP Pollock
Post Office Box 2099
Pollock, Louisiana 71467-2099


_____
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMIE ANDERSON, )<br>)<br>             Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF JUSTICE )<br>Drug Enforcement Administration )<br>New Orleans Field Division )<br>)<br>             Defendant. )<br>) | Civil Action No. 05-2294<br>(PLF) |

**O R D E R**

UPON CONSIDERATION of defendant's Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is, on this _____ day of March 2006,

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to and including May 3, 2006 in which to move, answer or otherwise respond to the Complaint.

                                                                        _____
                                                                        UNITED STATES DISTRICT JUDGE


Marian L. Borum
Assistant United States Attorney
555 Fourth Street, N.W., Room 4-4810
Washington, D.C.  20530

Tommie Anderson
Reg. #24492-034
USP Pollock
Post Office Box 2099
Pollock, Louisiana 71467-2099