UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Tommie Anderson,
   Plaintiff,

v.            Civil Action No. 05-2294-(PLF)

UNITED STATES DEPARTMENT OF
JUSTICE, DRUG ENFORCEMENT
ADMINISTRATION,
   Defendant.

**RECEIVED**
MAY 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**MOTION FOR ENLARGEMENT OF TIME**

 It appears that I will not meet the time set by this court to respond to the defendants **MOTION FOR SUMMARY JUDGMENT**, for the following reasons.

 There are quite a bit of material to analyze sent by the defendant, and since the population her is so large and the Law Library can only accommodate only about 2% of them at one time, it will require extra time for research and typing to be done, and both are situated in the same room. Population 13 to 1500.

 Time is also needed to await material sent from home in regards to this matter, which was stored prior to the filing of this FOIA.

 Thirty to 60 days would be appreciated.

 I am sending a copy of this letter to the defendant in this matter of this date of May 21, 2006.

Respectfully Submitted

*[signature]*
Tommie Anderson
May 21, 2006