UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TOMMIE ANDERSON,               )<br>                                              )<br>            Plaintiff,               )<br>                                              )<br>      v.                                    )<br>                                              )<br>UNITED STATES DEPARTMENT OF JUSTICE )<br>Drug Enforcement Administration   )<br>New Orleans Field Division          )<br>                                              )<br>            Defendant.             )<br>                                              ) | Civil Action No. 05-2294<br>(PLF) |

**MOTION FOR ENLARGEMENT OF TIME TO MOVE, ANSWER OR OTHERWISE
RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time up to and including August 14, 2006, in which to move, answer or otherwise respond to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. Defendant's response to plaintiff's opposition would otherwise be due on July 14, 2006. As grounds for this motion, defendant states as follows:

This case arises under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA") and pertains to the processing of plaintiff *pro se*'s FOIA requests by the Drug Enforcement Administration ("DEA"). Plaintiff, who is incarcerated at a federal correctional institution, is seeking numerous records concerning activities undertaken in 1994 and 1995. Plaintiff has filed a lengthy Opposition to Defendant's Motion for Summary Judgment. Undersigned counsel contacted agency counsel, who is newly assigned to this matter. Agency counsel requested additional time to prepare a Declaration in response to plaintiff's opposition.

    For these reasons, defendant respectfully requests that the enlargement sought be granted.

    Defendant has not conferred with plaintiff *pro se* regarding this matter because plaintiff *pro se* is incarcerated.[1]   An order granting the relief sought is attached hereto.

                                Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____
MARIAN L. BORUM, D.C. BAR # 435409
Assistant United States Attorney
555 4th Street, N.W., Rm. 4-4810
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LcvR 16.3(a).

## CERTIFICATE OF SERVICE

      I hereby certify that on this ____ day of July, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

TOMMIE ANDERSON
Reg. #24492-034
USP Pollock
Post Office Box 2099
Pollock, Louisiana 71467-2099


                                                _____
                                                MARIAN L. BORUM, D.C. Bar # 435409
                                                Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMIE ANDERSON, | ) |
| Plaintiff, | ) Civil Action No. 05-2294 |
| v. | ) (PLF) |
| UNITED STATES DEPARTMENT OF JUSTICE<br>Drug Enforcement Administration<br>New Orleans Field Division, | ) |
| Defendant. | ) |

**O R D E R**

UPON CONSIDERATION of defendant's Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is, on this _____ day of July 2006,

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to and including August 14, 2006, in which to move, answer or otherwise respond to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

_____
UNITED STATES DISTRICT JUDGE

Marian L. Borum
Assistant United States Attorney
555 Fourth Street, N.W., Room 4-4810
Washington, D.C.  20530

Tommie Anderson
Reg. #24492-034, USP Pollock
Post Office Box 2099
Pollock, Louisiana 71467-2099