# Tommie Anderson v. United States Department of Justice, Drug Enforcement Administration, Civil No. 05-2294 (PLF)

# Exhibit B

U.S. Department of Justice
Drug Enforcement Administration

### REPORT OF INVESTIGATION

Page 1 of 1

| 1. Program Code | 2. Cross Related Files | 3. File No. GM-95-0020 |
| 5. By: SA ▓▓▓▓▓ At New Orleans, La. | | 4. File Title |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By | | 8. Date Prepared 03/19/02 |
| 9. Other Officers | | |
| 10. Report Re: Case Closing | | |

#### DETAILS

1. On March 18, 2002, DEA form 48 was returned from the South Central lab indicating the destruction of the last remaining drug exhibits in this case. All non-drug evidence in this case has been destroyed. All defendants have been sentenced and DEA 210's have been completed. This case is closed.

#### INDEXING

1. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| 11. Distribution: Division District Other | 12. Signature (Agent) SA ▓▓▓▓▓ | 13. Date 03-19-2002 |
| | ▓▓▓▓▓▓▓▓▓▓ | 15. Date 03-19-2002 |

DEA Form - 6 (Jul. 1996)   Case closing

**DEA SENSITIVE**
Drug Enforcement Administration
This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.