# <u>Tommie Anderson v. United States Department of Justice, Drug Enforcement Administration,</u>
## Civil No. 05-2294 (PLF)

# Exhibit C

PAGE ITEMIZATION

PAGE NUMBER:  1
DOCUMENT TYPE:  DEA TASK FORCE MANUAL

DATE:    JANUARY 9, 2006

( X ) RELEASED
(   ) WITHHELD

TO:  DEA PERSONNEL

FROM:  DEA MANUAL

PURPOSE:  DEA POLICIES AND PROCEDURES

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| PARA 6 | THIRD PARTY INFORMATION | (b)(6) | TELEPHONE NUMBER |
| BOTTOM OF PAGE | INTERNAL MARKINGS, IDENTIFIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |

PAGE ITEMIZATION

PAGE NUMBER:   2
DOCUMENT TYPE: DEA TASK FORCE MANUAL

DATE:   JANUARY 9, 2006

( X )  RELEASED
(   )  WITHHELD

TO:   DEA PERSONNEL

FROM:   DEA MANUAL

PURPOSE:   DEA POLICIES AND PROCEDURES

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BOTTOM OF PAGE | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |

PAGE ITEMIZATION

PAGE NUMBER:  3
DOCUMENT TYPE:  DEA TASK FORCE MANUAL

DATE:    JANUARY 9, 2006

( X ) RELEASED
(   ) WITHHELD

TO:  DEA PERSONNEL

FROM:  DEA MANUAL

PURPOSE:  DEA POLICIES AND PROCEDURES

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| PARA 2 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE PROCEDURES |
|  | INVESTIGATIVE TECHNIQUES | (b)(7)(E) | DEA ADMINISTRATIVE TECHNIQUES |
| BOTTOM OF PAGE | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |

PAGE ITEMIZATION

PAGE NUMBER:   4
DOCUMENT TYPE:  DEA TASK FORCE MANUAL

DATE:   JANUARY 9, 2006

( X ) RELEASED
(   ) WITHHELD

TO:  DEA PERSONNEL

FROM:  DEA MANUAL

PURPOSE:  DEA POLICIES AND PROCEDURES

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| PART C, PARA 2, 3 | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE PROCEDURES |
| BOTTOM OF PAGE | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |

PAGE ITEMIZATION

PAGE NUMBER:  5
DOCUMENT TYPE:  DEA TASK FORCE MANUAL

DATE:  JANUARY 9, 2006

( X ) RELEASED
(   ) WITHHELD

TO:  DEA PERSONNEL

FROM:  DEA MANUAL

PURPOSE:  DEA POLICIES AND PROCEDURES

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| PART II: A,B,C | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |
| PART II: B, C | INVESTIGATIVE TECHNIQUES | (b)(7)(E) | DEA STAFFING PROCEDURES |
| BOTTOM OF PAGE | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |

## PAGE ITEMIZATION

PAGE NUMBER:  6
DOCUMENT TYPE:  DEA TASK FORCE MANUAL

DATE:  JANUARY 9, 2006

( X ) RELEASED
(    ) WITHHELD

TO:  DEA PERSONNEL

FROM:  DEA MANUAL

PURPOSE:  DEA POLICIES AND PROCEDURES

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| PART II: C, D | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |
| | INVESTIGATIVE TECHNIQUES | (b)(7)(E) | DEA ADMINISTRATIVE PROCEDURES |
| BOTTOM OF PAGE | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |

PAGE ITEMIZATION

PAGE NUMBER: 7
DOCUMENT TYPE: DEA TASK FORCE MANUAL

DATE: JANUARY 9, 2006

( X ) RELEASED
( ) WITHHELD

TO: DEA PERSONNEL

FROM: DEA MANUAL

PURPOSE: DEA POLICIES AND PROCEDURES

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| PART III: A | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |
| | INVESTIGATIVE TECHNIQUES | (b)(7)(E) | DEA ADMINISTRATIVE PROCEDURES |
| BOTTOM OF PAGE | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |

PAGE ITEMIZATION

PAGE NUMBER:  8, 9
DOCUMENT TYPE:  DEA TASK FORCE MANUAL

DATE:   JANUARY 9, 2006

(   ) RELEASED
( X ) WITHHELD

TO:  DEA PERSONNEL

FROM:  DEA MANUAL

PURPOSE:  DEA POLICIES AND PROCEDURES

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| PART III: A, B | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |
|  | INVESTIGATIVE TECHNIQUES | (b)(7)(E) | DEA ADMINISTRATIVE PROCEDURES |
| BOTTOM OF PAGE | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |

PAGE ITEMIZATION

PAGE NUMBER:  10
DOCUMENT TYPE:  DEA TASK FORCE MANUAL

DATE:   JANUARY 9, 2006

( X ) RELEASED
(   ) WITHHELD

TO:  DEA PERSONNEL

FROM:  DEA MANUAL

PURPOSE:  DEA POLICIES AND PROCEDURES

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| PART III:<br>B, C, D | INTERNAL MARKINGS, IDENTI-<br>FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE<br>INFORMATION |
| | INVESTIGATIVE TECHNIQUES | (b)(7)(E) | DEA ADMINISTRATIVE<br>PROCEDURES |
| BOTTOM OF<br>PAGE | INTERNAL MARKINGS, IDENTI-<br>FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE<br>INFORMATION |

PAGE ITEMIZATION

PAGE NUMBER: 11
DOCUMENT TYPE: DEA TASK FORCE MANUAL

DATE: JANUARY 9, 2006

( X ) RELEASED
(　 ) WITHHELD

TO: DEA PERSONNEL

FROM: DEA MANUAL

PURPOSE: DEA POLICIES AND PROCEDURES

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| PART VI: | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |
|  | INVESTIGATIVE TECHNIQUES | (b)(7)(E) | DEA ADMINISTRATIVE PROCEDURES |
| BOTTOM OF PAGE | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |

PAGE ITEMIZATION

PAGE NUMBER:   12
DOCUMENT TYPE:  DEA TASK FORCE MANUAL

DATE:   JANUARY 9, 2006

( X ) RELEASED
(    ) WITHHELD

TO:  DEA PERSONNEL

FROM:  DEA MANUAL

PURPOSE:  DEA POLICIES AND PROCEDURES

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| BOTTOM OF PAGE | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |

## PAGE ITEMIZATION

PAGE NUMBER:   13-16
DOCUMENT TYPE: DEA TASK FORCE MANUAL

DATE:    JANUARY 9, 2006

( X )  RELEASED
(    )  WITHHELD

TO:   DEA PERSONNEL

FROM:   DEA MANUAL

PURPOSE:   DEA POLICIES AND PROCEDURES

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| PART VI: A, B | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |
| | INVESTIGATIVE TECHNIQUES | (b)(7)(E) | DEA ADMINISTRATIVE PROCEDURES |
| BOTTOM OF PAGE | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |

PAGE ITEMIZATION

PAGE NUMBER:  17
DOCUMENT TYPE:  DEA TASK FORCE MANUAL

DATE:   JANUARY 9, 2006

( X )  RELEASED
(   )  WITHHELD

TO:  DEA PERSONNEL

FROM:  DEA MANUAL

PURPOSE:  DEA POLICIES AND PROCEDURES

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|-----------------|-----------|----------|
| PART VI: PARA 12, 13 | INTERNAL MARKINGS, IDENTI- FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |
| BOTTOM OF PAGE | INTERNAL MARKINGS, IDENTI- FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |

PAGE ITEMIZATION

PAGE NUMBER:  18
DOCUMENT TYPE:  DEA TASK FORCE MANUAL

DATE:   JANUARY 9, 2006

( X ) RELEASED
(   ) WITHHELD

TO:  DEA PERSONNEL

FROM:  DEA MANUAL

PURPOSE:  DEA POLICIES AND PROCEDURES

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| PART VI: C, D | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |
| | INVESTIGATIVE TECHNIQUES | (b)(7)(E) | DEA ADMINISTRATIVE PROCEDURES |
| BOTTOM OF PAGE | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |

PAGE ITEMIZATION

PAGE NUMBER:   19
DOCUMENT TYPE:   DEA TASK FORCE MANUAL

DATE:   JANUARY 9, 2006

( X ) RELEASED
(    ) WITHHELD

TO:   DEA PERSONNEL

FROM:   DEA MANUAL

PURPOSE:   DEA POLICIES AND PROCEDURES

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| PART VI: D | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |
| | INVESTIGATIVE TECHNIQUES | (b)(7)(E) | DEA ADMINISTRATIVE PROCEDURES |
| BOTTOM OF PAGE | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |

PAGE ITEMIZATION


PAGE NUMBER:  20
DOCUMENT TYPE:  FAX TRANSMITTAL SHEET (DEA FORM 501)

DATE:  JULY 9, 2003

(   ) RELEASED
( X ) WITHHELD

TO:  DEA CIVIL FILE

FROM:  DEA ATTORNEY

PURPOSE:  DEA LEGAL ACTIVITY

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| TRANSMITTAL INFORMATION BLOCKS; COMMENTS SECTION | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES OF DEA SPECIAL AGENTS & DEA ATTORNEYS |
| COMMENTS SECTION: | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |
| TRANSMITTAL INFORMATION | THIRD PARTY INFORMATION | (b)(7)(C) | TELEPHONE NUMBERS |

PAGE ITEMIZATION

PAGE NUMBER: 21
DOCUMENT TYPE: FAX LOG SHEET

DATE: MAY 21, 2003

( ) RELEASED
( X ) WITHHELD

TO: DEA CIVIL FILE

FROM: DEA ATTORNEY

PURPOSE: DEA LEGAL ACTIVITY

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| TOP OF PAGE | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |
| | NAMES AND INITIALS OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME & INITIALS OF DEA ATTORNEY |

PAGE ITEMIZATION

PAGE NUMBER:   22
DOCUMENT TYPE:   FAX TRANSMITTAL SHEET (DEA FORM 501)

DATE:   MAY 21, 2003

(    ) RELEASED
( X ) WITHHELD

TO:   DEA CIVIL FILE

FROM:   DEA ATTORNEY

PURPOSE:   DEA LEGAL ACTIVITY

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| TRANSMITTAL INFORMATION BLOCKS; COMMENTS SECTION | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C)<br>(b)(7)(F) | NAMES OF DEA SPECIAL AGENTS & DEA ATTORNEYS |
| COMMENTS SECTION: | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |
| TRANSMITTAL INFORMATION | THIRD PARTY INFORMATION | (b)(7)(C) | TELEPHONE NUMBERS |

PAGE ITEMIZATION

PAGE NUMBER: 23, 24
DOCUMENT TYPE: MEMORANDUM

DATE: NONE

( X ) RELEASED
(   ) WITHHELD

TO: DEA CIVIL FILE

FROM: DEA ATTORNEY

PURPOSE: DEA LEGAL ACTIVITY

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| TO AND FROM SECTIONS: | NAMES AND SIGNATURES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAMES & SIGNATURES OF SPECIAL AGENTS, AND DEA ATTORNEY |
| PARA 1, 2 | THIRD PARTY INFORMATION | (b)(7)(C) | INVESTIGATIVE INFORMATION |

PAGE ITEMIZATION

PAGE NUMBER:     25
DOCUMENT TYPE: ACKNOWLEDGMENT OF CONDITIONS OF DEPARTMENT REPRESENTATION
                (DOJ FORM 399)
DATE:            APRIL 17, 2003

                                        ( X )  RELEASED
                                        (   )  WITHHELD

        TO:  DEA CIVIL FILE

      FROM:  DEA ATTORNEY

PURPOSE:  DEA LEGAL ACTIVITY

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|

NAME OF        NAMES OF LAW ENF. PERSONNEL   (b)(7)(C)   NAME OF SPECIAL AGENT
PERSON                                       (b)(7)(F)
REPRESENTED

PAGE ITEMIZATION

PAGE NUMBER:    26
DOCUMENT TYPE:  ACKNOWLEDGMENT OF CONDITIONS OF DEPARTMENT REPRESENTATION
                (DOJ FORM 399)
DATE:           DECEMBER 1, 2003

                                        ( X ) RELEASED
                                        (   ) WITHHELD
        TO:  DEA CIVIL FILE

      FROM:  DEA ATTORNEY

PURPOSE:  DEA LEGAL ACTIVITY

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|

SIGNATURE   NAMES AND SIGNATURES OF LAW   (b)(7)(C)   NAME & SIGNATURE OF
BLOCK:      ENF. PERSONNEL                (b)(7)(F)   SPECIAL AGENT

PAGE ITEMIZATION

PAGE NUMBER:    27
DOCUMENT TYPE:    ACKNOWLEDGMENT OF CONDITIONS OF DEPARTMENT REPRESENTATION
                 (DOJ FORM 399)
DATE:            APRIL 17, 2003

                                         ( X ) RELEASED
                                         (   ) WITHHELD

       TO:  DEA CIVIL FILE

     FROM:  DEA ATTORNEY

PURPOSE:  DEA LEGAL ACTIVITY

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| NAME OF PERSON REPRESENTED | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME OF SPECIAL AGENT |

PAGE ITEMIZATION

PAGE NUMBER:  28
DOCUMENT TYPE:  ACKNOWLEDGMENT OF CONDITIONS OF DEPARTMENT REPRESENTATION
               (DOJ FORM 399)
DATE:          DECEMBER 1, 2003

                                    ( X )  RELEASED
                                    (   )  WITHHELD

     TO:
         DEA CIVIL FILE

     FROM:
         DEA ATTORNEY

PURPOSE:
         DEA LEGAL ACTIVITY

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|

SIGNATURE     NAMES AND SIGNATURES OF LAW    (b)(7)(C)   NAME & SIGNATURE OF
BLOCK:        ENF. PERSONNEL                 (b)(7)(F)   SPECIAL AGENT

PAGE ITEMIZATION

PAGE NUMBER: **29**
DOCUMENT TYPE:   LETTER

DATE:   FEBRUARY 19, 2003

( X ) RELEASED
(   ) WITHHELD

TO:   DEA CIVIL FILE

FROM:   THE PLAINTIFF

PURPOSE:   DEA LEGAL ACTIVITY

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| SIGNATURE BLOCK: | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) (b)(7)(F) | NAME OF DEA SPECIAL AGENT |

PAGE ITEMIZATION

PAGE NUMBER:  31
DOCUMENT TYPE:  LETTER

DATE:   FEBRUARY 19, 2003

( X )  RELEASED
(    )  WITHHELD

TO:  DEA CIVIL FILE

FROM:  THE PLAINTIFF

PURPOSE:  DEA LEGAL ACTIVITY

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| PARA 1 | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C)<br>(b)(7)(F) | NAMES OF SPECIAL<br>AGENTS |

PAGE ITEMIZATION

PAGE NUMBER:  32
DOCUMENT TYPE:  FAX TRANSMITTAL SHEET (DEA FORM 501)

DATE:  NONE

(   ) RELEASED
( X ) WITHHELD

TO:  DEA CIVIL FILE

FROM:  DEA ATTORNEY

PURPOSE:  DEA LEGAL ACTIVITY

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|---|---|---|---|
| TRANSMITTAL INFORMATION BLOCKS; COMMENTS SECTION | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C)  (b)(7)(F) | NAMES OF DEA SPECIAL AGENTS & DEA ATTORNEY |
| COMMENTS SECTION: | INTERNAL MARKINGS, IDENTI-FIERS, AND OR PROCEDURES | (b)(2) | DEA ADMINISTRATIVE INFORMATION |
| TRANSMITTAL INFORMATION | THIRD PARTY INFORMATION | (b)(7)(C) | TELEPHONE NUMBERS |

PAGE ITEMIZATION

PAGE NUMBER:  33
DOCUMENT TYPE:  FAX TRANSMITTAL SHEET (DEA FORM 501)

DATE:  NONE

(    ) RELEASED
( X ) WITHHELD

TO:  DEA CIVIL FILE

FROM:  DEA ATTORNEY

PURPOSE:  DEA LEGAL ACTIVITY

| ITEM | MATERIAL DELETED | EXEMPTION | CONTENTS |
|------|------------------|-----------|----------|
| TRANSMITTAL INFORMATION BLOCKS | NAMES OF LAW ENF. PERSONNEL | (b)(7)(C) | NAMES OF DEA & USAO EMPLOYEES |
| TRANSMITTAL INFORMATION | THIRD PARTY INFORMATION | (b)(7)(C) | TELEPHONE NUMBERS |