August 3, 2006

Tommie Anderson,
            Plaintiff,

V                                    Civil Act. #05.2294
                                           (PLF)

United States Department of Justice.

## Notice of Change of Address

The Plaintiff was removed from USP Pollock, P.O. Box 2099, Pollock, La. 71467-2099, on July 24, 2006.

Anderson was then placed in Oklahoma B.O.P. transit facility for one week - address unknown.

On July 31, 2006, Anderson was transported to the Federal Correctional Complex (FCC) located at 2225 Haley Barbour Parkway, Yazoo County.

FCC Yazoo City (medium)
Post Office Box 5888
Yazoo City, Ms 39194-5888

I would very much appreciate any mail sent to me to arrive at my last location while in transit, be resent or sent to the above address. Thank you.

Respectfully,
Tommie Anderson