UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA


Tommie Anderson,                                    **August 28, 2006**

            Plaintiff,


v.                                          Civil Action No.
                                            05-2294 (PLF)


UNITED STATES DEPARTMENT OF JUSTICE,
Drug Enforce Administration,                **RECEIVED**
                        Defendant.
                                            SEP 0 5 2006

                                            NANCY MAYER WHITTINGTON, CLERK
                                            U.S. DISTRICT COURT

            PLAINTIFF'S REPLY TO DEFENDANT'S
            SUMMARY JUDGMENT REQUEST
        TO PLAINT'S OPPOSITION TO SUMMARY JUDGMENT


    The Agreement between these two agencies required that infor-
mation requested be compiled by state and federal task force.  See
**Stadard State and Local Task Force Agreement.**

    Such records and statistics requested should have been a natural
consequense of the agents in the field, their command officer(s)
as well as their General Governmental agency(ies) they operated under.

    Accountability is nothing strange.  The governments in this
country requires it, even demands it and general not operate without
such determinate obligations of accountability put in place.  This
generally is true evern for individual employee's operating on agency
funds.

    Even if the compilation of the expenditures of N.O. Division Drug
Task Forces' or/and their accomplishments while utilizing tax payers
monies is not required, surely individual agents work records as to

the information requested should be a matter the FOIA can obligate in a request for such information, especially when it is public information.

Plaintiff request for records does not require their creation, mainly because most businesses and agencies, governmental or otherwise, can not operate proficiently or proactively without past proformance history of the money spent, the workers worth, the viability of it's operation or program over all. To have this information is to have the knowledge of the agency, therefore, the business worth and workers records, such history, is viable and impartant to the success and longivity of the company or agency.

In regards to Sheriff Layrisson's address, it would be a blight on the DEA to sign a contract with a state official with out knowing or having his address recording, just in case there is questions. Plus, the last I heard, the justice department had filed charges or at the least a complaint agent this sheriff or was lookking into his affairs as the state were/are doing. Mis-appropriation of funds.

To grant Summary Judgment in this case is to deny Plaintiff and the people of the country the right to know what it's government is doing, and how it is doing it with our/their monies.

Under the investigative eyes of the FOIA attorneys, it is plain that an investigation by the FBI, Internal Affairs or whom ever over see the spending and illegal actions of theDEA and their field agent is in order. If no more than to determine, why agents in the field is not held to the strict standards of most governmental agencies regarding accountability standards. This ahould be done in order to determine why there is no compilation of records or records and document to show what this agency was doing in our country.

2

Governmental possitions would seem a beautiful place to hide terrorist planning and activities. Not to say that that is what is going on, but how will we know if things, money, activities, locations, and operations is not recorded, like the DEA's field agents' records and actions never being recorded for the public to ascertain their individual activities and actions regarding their duties and obligations to the DEA's main Office, the Justice Department, Congress or the people.

Therefore, it is unbelievable and do not fit within the democratic principles or processes of the United States of America, that records does not exist to verify the actions of governemnt agents working within the boarders of the U.S., State of Louisisna or the Parish/Parishes there in. When a suspect is brought to trial in the federal system by the action of the DEA, his whole criminal history is held against him from the moment he is brought to the DEA's attention to his trial, conviction, sentence and penalty, as well as where he is sent for punishment in the B.O.P. Here to, his past criminal history as well as offenses characteristics and mitigating and aggravating circumstantial acts associated with the crime. This may include police reports, officers testimony, or facts not in evidence but is utilized for understanding or programining the inmate(s). To accomplish this records and maintained and hardly ever distoyed ententionally, or never not compiled, recorded and filed within the investigating agency body recordation system. This is done for future use against past and present suspects, convicts, and exoffenders, federal or state.

My said priors from North Carolina and California, the formal is over 35 years old are still being used against me by the DEA, probation department, The Courts and the Bureau of Prisons as I write.

Yet the material I have requested is not and ahve never been compiled or recorded. Unbelievable.

Therefore, here, I must ask the court to take judicial notice of how the governemnt works and how such governemtns was formed with its' "Checks and Balances" to insure that one branch would not get out of pocket without the consent or deterance of the other two, three with the media, branches.

In the instant case, the comgress provided the funds for the DEA, the federal courts adjudicated the cases and the B.O.P. punishes, yet, an individual group called a Task Force, has operated with that money and borught cases forth and kept no records for accountability. These basicly white southerners brought basicly black southerners into the federal forum where the time was much more harsher and no parole system.   True-That.   it is the South.

Still, material facts are in dispute and the requested documents falls within the class which has not been produced, and are being withheld, is a factual circumstance which should be evident by the way the government operates, whether any of the material being with-held is exempted from disclosure is up to the court to decide.

Under the Standanrd State and Local Task Force Agreement of 1994-1995, a one year period of investigations, arrests convictions etc., etc., etc. How many one or two page records of the individual suspects can this be?  The average "investigation Report" of any law enforcement agency would contain most of the information I have requested in this FOIA. Such report need only be deleted segreably to conform to FOIA requirements.  For most investigative reports contain the age, race, type of drugs etc., etc., as well as where such suspects went to trial or a complaint was filed.

If I am reading correctly, the DEA is telling this court that they do not know who they investigated, their race, numbers or any other statistical data or the financial disposition of their expenditures in their investigation through any particular subgroup of their agency, even when this money removed from their federal budget and placed into the State of Louisiana's drug enforcement program, through the Task Force under the DEA's supervision.

The DEA's assistence program was put in place by congress and was expected to aid the state in investigation of drug suspects, according to the Agreement.  And, according to the Agreement, records were to be kept, which was not, so they say, and must act according to the civil rights act, which they did not.  This among other wrong must not be allowed to continue, or, we will have the Blacks in this country riding in the back of the bus again, unless most of them are in prison, and being the majority in the penal system, we sit where we must.  But, at least, inmates or treated, topographically, as equals regardless to race.  The prison population and its black white racio is such because of field agents not following the dictates of congress or state and federal agreements, and now without records to establish their under cover actions as enemies of the community as it stribes for the rights of all people with the equity of it's laws, rules and regulations.

Exhibit "B" of the defendants show that records and documents exist which had not previously been released to the requester under FOIA, in this case or previous FOIA requests.  This report was written in 2002.  Which means that some of the records was destroyed after I requested them in other FOIA requests.  Will the court allow this to happen here without a hearing or and examination of the records?

5

These litigations are to heavy for a pro se person with no formal training or education in the law, other than throught actual trying to fight the good fight of this case from the confines of prison-with a room which contains books or, "now" computers which can not be understood by the average untrained person. Where there is no aid of a paralegal or attorney, Therefore accomplishing this response is a motion for appointment of counsel or recokmmendation of a school of law that will aid in this matter. My being transferred twice in the past month does not help matters.

It is evident that McGhee v. Central Intelligent agency 697 F. 2d 1095 (D.D. Cir. 1983) would apply where "BAD FAITH" is a key to the denial of the documents requested. For the arrest records, reports or complaints would serve the cause herein these documents contain most of the information requested, and this information is public information and can not be denied via FOIA.

There are no case law associated with this response as I do not know how to operate the computer system they have here at FCI Yazoo City, but I am learning.

I recieved the defendants **"DEFENDANT'S REPLY TO PAINTIFF'S OPPO-SITION TO SUMMARY JUDGMENT"** 8-23-06. The envelope is post marked 8-16-06. The document itself is not dated, though the certificate of service is dated 11th day of August, 2006.


In Conclusion, Plaintiff is hopeful that this court will not allow the DEA to side step this FOIA request by stating that they never compiled or recorded information that is generally required by any government agency. And, **deny** summary judgment.

6

Respectfully submitted

Tommie Anderson

Reg. 24492-034
FCC Yazoo City (Medium)
Yazoo City, Mississippi
                          39194-5888

PS:   please not the address herein,
      the state is Mississippi, not
      "Missouri" as I may have written
      in my change of address notice.