UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Tommie Anderson,
        Plaintiff,

Aug. 28, 2006

v.

Civil Action No.
05-2294 (PLF)

UNITED STATES DEPARTMENT OF JUSTICE,
Drug Enforement Administration,
        Defendant.

### MOTION FOR APOINTMENT OF COUNSEL

    **This Request for Counsel,** is with the hopes of having someone to be able to research case law, and maybe, hire an investigator to ascertain why the DEA did not process or record their field agents and programs activities and resorts. Plus, the law library here consist of computerized lagal research material, and being thus, I am not yet able to utilize the system to access case law or cites required to rebut the defendants cited cases regarding their point of view. Nor can I at this time, tell by case law whether or not their case law cited, apply to this case.

    I can not afford an attorney and the information requested and the suit filed is on behalf of the people of the United States and the State of Louisiana particularly. For the poeple need to know the questions asked answers posed by the Plaintiff by his FOIA request.

    Therefore, an attorney or assistance should be granted.

                                     Respectfully Submitted

                                     */s/ Tommie Anderson*
                                     Tommie Anderson