Tommie Anderson
Reg. #24492-034
Box, P.M. 1000
Talladega, Alabama 35160

Feb. 24, 2007

**RECEIVED**
MAR 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk of U.S.D. Court
District of Washington D.C.

In Re: FOIA Case No 1:05-CV-02294-PLF
Anderson v. United States Department of Justice Drug Enforcement Administration.

Dear Clerk,
I am presently in transit, and have been for the past eight months. I spent several week in Oklahoma Transit Center, a few months at Yazoo City FCI back to the Transit Center in Oklahoma, then to the transit cent in Alanta, now I am presently on "Redesignation Status at FCI Talladega, in Alabama.
Therefore; if there have been any communiques for me from this court since 10/05/2006 please forward them to this address with "Open in the presence of the Inmate" stamped on the envelope.

Thank You
Tommie Anderson