UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMIE ANDERSON, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 05-2294 (PLF) <br> ) |
| UNITED STATES DEPARTMENT OF JUSTICE, DRUG ENFORCEMENT ADMINISTRATION, | ) <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

ORDER AND JUDGMENT

For the reasons stated in the accompanying Opinion, it is hereby

ORDERED that plaintiff's "Motion for Dismissal of Motion of Summary Judgment Filed by the Defendants" [Dkt. #20] is DENIED. The Court construes this motion as part of plaintiff's opposition to defendant's motion for summary judgment. It is further

ORDERED that defendant's motion for summary judgment [Dkt. #17] is GRANTED. It is further

ORDERED that JUDGMENT shall be entered for the defendant.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE:  March 26, 2007