UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Tommie Anderson,
        Plaintiff,

v.

UNITED STATES DEPARTMENT OF
JUSTICE, DRUG ENFORCEMENT
ADMINISTRATION,
        Defendant.

Civil Action No. 05-2294(PLF)

RECEIVED
JUN 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO CORRECT ORDER AND JUDGMENT

Now comes Plaintiff Tommie Anderson in the above title case for a correction in the **ORDER AND JUDGMENT**.

Plaintiff have written several letters to the clerk of court for a signed Order And Judgment in the in the above tilted case to no avail, therefore, Petitioner request this court to put in the records that Anderson have been served with an Order and Judgment unsigned by the Judge of the case. Unsigned by any judge or authorized person.

The ruling in this court was made, or said to have been made, on March 26, 2007. Anderson received a copy approximately April 9, 2007. A copy of the order is attached. The Order and Judgment nor the Opinion is signed by any Court Authority, nor have it been stamped, **FILED,** by the clerk of court, or, notary seal.

Under the circumstances in this matter I request the court to render an order to correct this over sight or miscarriage of justice as soon as possible.

RESPECTFULLY SUBMITTED

Tommie Anderson
June 19, 2007

Ps. please serve Defendants.