UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMMIE ANDERSON,              )<br>                               )<br>      Plaintiff,              )<br>                               )<br>      v.                       )<br>                               )<br>UNITED STATES DEPARTMENT OF    )<br>JUSTICE, DRUG ENFORCEMENT      )<br>ADMINISTRATION,                )<br>                               )<br>      Defendant.               )<br>_____) | Civil Action No. 05-2294 (PLF) |

ORDER

      This matter is before the Court on plaintiff's Motion to Correct Order and Judgment. Plaintiff states that he received a copy of the March 26, 2007 Memorandum Opinion and Order, neither of which was signed by a judge. Evidently believing the unsigned documents to be invalid, plaintiff asks the Court "to correct this over sight [sic] or miscarriage of justice as soon as possible." Pl.'s Mot. The motion will be denied.

      Generally, "all documents to be filed with the Court must be filed by electronic means." LCvR 5.4(a). "Any document, order, or notice filed or docketed electronically by the Court or by the Clerk shall have the same binding authority as one filed on paper." LCvR 5.4(c)(3). Neither a Memorandum Opinion nor an Order issued by the Court requires a handwritten signature to be official and binding. *See* Comment to LCvR 5.4(c)(3).

      Accordingly, it is hereby

ORDERED that plaintiff's Motion to Correct Order and Judgment [Dkt. #31] is DENIED.

SO ORDERED.

/s/ _____
PAUL L. FRIEDMAN
United States District Judge

Date:  June 27, 2007