UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TOMMIE ANDEDERSON,
      PLAINTIFF,

V.                                                            Civil Act. No. 05-2294
                                                                                  (PLF)

UNITED STATES DEPARTMENT OF

JUSTICE, DRUG ENFORCEMENT ADMINISTRATION,
      DEFENDANT.


IN RESPONSE TO ABOVE NUMBERED ORDER

    This Courts Order of 6/27/07, Decument 32, Case 1:05-cv-02294-PLF have left Plaintiff with uncertainty which can not be cleared by the Law Library here at FCI Talladega, Alabama. Therefore I am requesting a copy of the Local Rules of the District of Columbia's Judicial system, specifically the Civil Codes, Rules and Regulations. The particular rule is referenced in the court Opinion: LCvR5.4(c)(3) and Comment to LCvR 5.4(c)(3). These cites or related to electronic filings of the Ditrict Court. LCR 5.4(a) which I am also requesting a copy of.

    If there is any Supreme Court decisions regarding this rule, please forewards a copy of the case of the cite, which ever is more convenient.

    In the interim, I request that this court allow additional time to file the appeal which this court has not acknowledged whether or not the notice filed has been previously recieved by this court, nor the forms, rules and regulations requested by Plaintiff for filing an appeal on this matter.

    Plaintiff requests also a copy of the docket sheet for this case.

Thank you for your time and your consideration of this matter.

RESPECTFULLY SUBMITTED

*Tommie Anderson*
Tommie Anderson
Reg. 24492-034