United States District Court
District of Columbia

Tommie Anderson                1:05-cv-2294
         Plaintiff             -et-al- PLF

v.                             March 31, 2008

U.S. Department of Drug
     Enforcement Administration

**RECEIVED**
APR 0 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk of Court

    I am writing to notify the Court of change of address: 12515 Old Baton Rouge Hwy, Hammond La. 70403.

    If the clerk of Court will be so kind as to notify any other are of the court of my address change associated with any other case.

Respectfully Submitted
*Tommie Anderson* (signature)
Tommie Anderson